**Order filed October 29, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-10-00067-CR

**AKBIHAKIM HASSAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 14**
**Harris County, Texas**
**Trial Court Cause No. 5473**

# O R D E R

In this appeal, this court issued its Memorandum Opinion and Judgment on October 25, 2012, affirming appellant's municipal court conviction. The opinion was designed, "Do Not Publish." *See* Tex. R. App. P. 47.2(b). On October 25, 2013, counsel for the City of Houston requested that we change the designation to "Publish," stating that the opinion addresses novel issues for cases governed by Chapter 45 of the Texas Code of Criminal Procedure, applicable to justice and

municipal courts. *See id*. We grant the request, and issue the following order.

We **ORDER** this court's opinion in *Hassan v. State,* No. 14-10-00067-CR, 2012 WL 5288353 (Tex. App.—Houston [14th Dist.] Oct. 25, 2012, no pet.), **PUBLISHED.** *Id.; see also* Tex. R. App. P. 19.3(e)(permitting a court of appeals to order its opinion published in accordance with Rule 47 after expiration of its plenary power).


PER CURIAM